Larry R. Woolford, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
larry@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| JOHN ABEYTA and JUSTINA ABEYTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:09-cv-00013-JWS |

## CASE STATUS REPORT AND REQUEST FOR EXTENSION

The Court's April 19, 2011 Order (Docket 16) requires counsel to certify that the matter is ready for trial or provide a status report.

The parties are engaged in active settlement efforts. While discovery is essentially complete, the parties await the receipt and review of recent medical records. The parties request an additional month to incorporate those pending records into their settlement efforts and propose compliance with the Court's order by June 3, 2011.

The undersigned submits this report and request with the consent of counsel for the United States.

A proposed Order accompanies this request.

DATED this 3rd day of May, 2011.

                                      POULSON & WOOLFORD, LLC
                                      636 Harris Street
                                      Juneau, Alaska 99801
                                      (907) 586-6529
                                      (907) 586-6329 Facsimile
                                      larry@poulsonwoolford.com

                                      Attorneys for Plaintiffs

By: /s/
Larry R. Woolford
Alaska Bar No. 9806023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2011, a copy of the foregoing**, Case Status Report and Request for Extension** was served electronically on:

    E. Bryan Wilson, Esq.

/s/ Larry R. Woolford

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

**CASE STATUS REPORT**
*Abeyta v. U.S.*, 1:09-cv-00013-JWS
Page 2 of 2