KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov
FL# 0604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JOHN ABEYTA and JUSTINA ABEYTA, | ) Case No. 1:09-cv-00013-JWS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT AND REQUEST FOR CANCELLATION OF STATUS CONFERENCE** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

The parties have reached a settlement of the above case. A settlement agreement is being prepared by the undersigned for review by Plaintiffs' attorney. Once the agreement is executed, this office will transmit a request for payment to the Department of the Treasury. Once the settlement proceeds are received, Plaintiffs' attorney will file a

notice of dismissal.

Accordingly, the parties request that the status conference currently scheduled for June 30, 2011be cancelled.

RESPECTFULLY SUBMITTED June 24, 2011 in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**
I hereby certify that on June 24, 2011,
a copy of the foregoing **Notice of Settlement**
was served electronically on:

Larry R. Woolford, Esq.

s/ E. Bryan Wilson

Abeyta v. USA
Case No. 1:09-cv-00013-JWS            2