IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN ABEYTA and JUSTINA ABEYTA, | ) ) ) | Case No. 1:09-cv-00013-JWS |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER VACATING HEARING AND REQUESTING CLOSING DOCUMENTS OR STATUS REPORT** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

The Court, having reviewed the Notice of Settlement and Request for Cancellation of Status Conference, ORDERS that the status conference currently scheduled for June 30, 2011 is vacated. Closing documents or an updated status report shall be filed on or before 9/2/2011.

Date: 6/27/2011                 /s/ John W. Sedwick
                                John W. Sedwick
                                U.S. District Court Judge