Larry R. Woolford, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
larry@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| JOHN ABEYTA and JUSTINA ABEYTA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:09-cv-00013-JWS |

## STIPULATION TO DISMISS

The parties, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate that this action is dismissed with prejudice, each party bearing its own fees, costs, and expenses.

DATED this 27th day of July, 2011.

> POULSON & WOOLFORD, LLC
> 636 Harris Street
> Juneau, Alaska 99801
> (907) 586-6529
> (907) 586-6329 Facsimile
> larry@poulsonwoolford.com
>
> Attorneys for Plaintiffs
>
> By:　/s/ Larry R. Woolford
> 　　　Larry R. Woolford
> 　　　Alaska Bar No. 9806023

//
//
//
//
//
//

**STIPULATION TO DISMISS**
*Abeyta v. U.S.*, 1:09-cv-00013-JWS
Page 1 of 2

DATED this 27th day of July, 2011.

    KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-4264
(907) 271-2344 Facsimile
bryan.wilson@usdoj.gov

Attorneys for Defendant

By: /s/ E. Bryan Wilson
    E. Bryan Wilson
    Florida Bar No. 604501

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

**STIPULATION TO DISMISS**
*Abeyta v. U.S.*, 1:09-cv-00013-JWS
Page 2 of 2

Case 1:09-cv-00013-JWS   Document 24   Filed 07/27/11   Page 2 of 2